UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 02 2017

JEFFREY P. ALLSTEADT, CLERK

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Jeannie — First Name — J — Middle Name — Roy — Last Name — — Suffix (Sr., Jr., II, III) | First Name — Middle Name — Last Name — Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name — Middle Name — Last Name | First Name — Middle Name — Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 5 8 6 OR 9xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ OR 9xx – xx – ____ ____ ____ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and doing business as names | ☑ I have not used any business names or EINs. — Business name — Business name — Business name | ☐ I have not used any business names or EINs. — Business name — Business name — Business name |

Debtor 1      Jeannie J Roy _____      Case number (if known) _____

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

☑ I have not used any business names or EINs.

☐ I have not used any business names or EINs.

Business name _____   Business name _____

Business name _____   Business name _____

Business name _____   Business name _____

EIN — — — — — — — — —   EIN — — — — — — — — —

EIN — — — — — — — — —   EIN — — — — — — — — —

**5.** Where you live

**9880 CUMMINGS ST.**
Number   Street

If Debtor 2 lives at a different address:

Number   Street

**HUNTLEY        IL     60142**
City        State   ZIP Code

City        State   ZIP Code

~~KANE~~   *MCHENRY*
County

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number   Street

Number   Street

P.O. Box

P.O. Box

City        State   ZIP Code

City        State   ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

First Name          Middle Name          Last Name

9.  Have you filed for
    bankruptcy within the
    last 8 years?

    ☑ No

    ☐ Yes.

    District _____  When _____  Case number _____
                                            MM / DD / YYYY

    District _____  When _____  Case number _____
                                            MM / DD / YYYY

    District _____  When _____  Case number _____
                                            MM / DD / YYYY

10. Are any bankruptcy
    cases pending or being
    filed by a spouse who is
    not filing this case with
    you, or by a business
    partner, or by an
    affiliate?

    ☑ No

    ☐ Yes.

    Debtor _____  Relationship to you _____

    District _____  When _____  Case number,
                                            MM / DD / YYYY   if known

    Debtor _____  Relationship to you _____

    District _____  When _____  Case number,
                                            MM / DD / YYYY   if known

11. Do you rent your
    residence?

    ☑ No.   Go to line 12.
    ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your
            residence?

            ☐ No.  Go to line 12.
            ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A)
                   and file it with this bankruptcy petition.

**Part 3:   Report About Any Businesses You Own as a Sole Proprietor**

12. Are you a sole proprietor
    of any full- or part-time
    business?

    ☑ No.   Go to Part 4.
    ☐ Yes.  Name and location of business

    A sole proprietorship is a
    business you operate as an
    individual, and is not a
    separate legal entity such as
    a corporation, partnership, or
    LLC.

    _____
    Name of business, if any

    _____
    Number    Street

    _____

    If you have more than one
    sole proprietorship, use a
    separate sheet and attach it
    to this petition.

    _____  _____  _____
    City                  State       ZIP Code

    Check the appropriate box to describe your business:

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ None of the above

13. Are you filing under
    Chapter 11 of the
    Bankruptcy Code and
    are you a *small business
    debtor?*

    For a definition of small
    business debtor, see
    11 U.S.C. § 101(51D).

    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it
    can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your
    most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return
    or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

    ☑ No.   I am not filing under Chapter 11.

    ☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in
            the Bankruptcy Code.

    ☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the
            Bankruptcy Code.

**Part 4:**   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14.  Do you own or have any
     property that poses or is
     alleged to pose a threat of
     imminent and identifiable
     hazard to public health or
     safety? Or do you own
     any property that needs
     immediate attention?

     *For example, do you own
     perishable goods, or
     livestock that must be fed, or
     a building that needs urgent
     repairs?*

☑ No
☐ Yes.   What is the hazard?



If immediate attention is needed, why is it needed?



Where is the property? _____
                        Number      Street

                        _____

                        _____

                        _____    _____    _____
                        City                             State     ZIP Code

First Name          Middle Name          Last Name

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Part 6:**  Answer These Questions for Reporting Purposes

16. What kind of debts do you have?

   16a.  **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     ☐ No.  Go to line 16b.
     ☑ Yes.  Go to line 17.

   16b.  **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

     ☐ No.  Go to line 16c.
     ☐ Yes.  Go to line 17.

   16c.  State the type of debts you owe that are not consumer or business debts.

     _____

17. Are you filing under Chapter 7?

   ☐ No.  I am not filing under Chapter 7.  Go to line 18.

   Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

   ☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☑ No
     ☐ Yes

18. How many creditors do you estimate that you owe?

   ☑ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

19. How much do you estimate your assets to be worth?

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☑ $100,001-$500,000
   ☐ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

20. How much do you estimate your liabilities to be?

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☑ $100,001-$500,000
   ☐ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

**Part 7:**  Sign Below

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____   X _____
   Jeannie J Roy, Debtor 1                      Signature of Debtor 2

Executed on __07/21/2017__                   Executed on _____
     MM / DD / YYYY                                   MM / DD / YYYY

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes. Name of Person **Daiva Indriuliene** _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*   (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____         X _____
Jeannie J Roy, Debtor 1                            Signature of Debtor 2

Date **7/21/2017**                                       Date _____
   MM / DD / YYYY                                           MM / DD / YYYY

Contact phone _____                Contact phone _____

Cell phone **(847) 871-1320**                    Cell phone _____

Email address _____                Email address _____

B2800 (Form 2800) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Jeannie J Roy**

Debtor

Case No.  _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept................... _____ **$50.00**

   Prior to the filing of this statement I have received...................................... _____ **$50.00**

   Balance Due.......................................................................................... _____ **$0.00**

2. I have prepared or caused to be prepared the following documents (itemize):
   **BANKRUPTCY DOCUMENTS**

   and provided the following services (itemize):
   **NONE**

3. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME
   **DAIVA INDRIULIENE**

   SOCIAL SECURITY NUMBER
   **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**

   X _____
   Signature

   _____  335989805
   Social Security number of bankruptcy
   petition preparer*

   7/21/2017
   Date

   **Daiva Indriuliene, non-attorney**
   Printed name and title, if any, of
   Bankruptcy Petition Preparer

   **15028 S Cicero Ave Ste C**
   **Oak Forest IL 60452**
   Address

* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Fill in this information to identify the case:**

| Debtor 1 | <u>Jeannie</u> | <u>J</u> | <u>Roy</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>NORTHERN DISTRICT OF ILLINOIS</u>

| Case number | _____ | Chapter | <u>7</u> |
|---|---|---|---|
| (if known) | | | |

## Official Form 119

## Bankruptcy Petition Preparer's Notice, Declaration, and Signature

12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 3. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);

- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;

- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;

- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;

- what tax consequences may arise because a case is filed under the Bankruptcy Code;

- whether any tax claims may be discharged;

- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;

- how to characterize the nature of your interests in property or your debts; or

- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer _____ **Daiva Indriuliene** _____ has notified me of
                                                            Name
any maximum allowable fee before preparing any document for filing or accepting any fee.

X _____    Date  7/21/2017
Jeannie J Roy, Debtor 1, acknowledging receipt of this notice         MM / DD / YYYY

X _____    Date _____
Signature of Debtor 2, acknowledging receipt of this notice           MM / DD / YYYY

Debtor 1    **Jeannie          J          Roy**                    Case number (if known) _____
            First Name      Middle Name    Last Name

---

**Part 2:**    **Declaration and Signature of the Bankruptcy Petition Preparer**

Under penalty of perjury, I declare that:

- I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- If rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

**Daiva Indriuliene**              **non-attorney**          **Superior**
Printed name                       Title, if any             Firm name, if it applies

**15028 S Cicero Ave Ste C**
Number    Street

**Oak Forest**                      **IL**    **60452**      _____
City                                State    ZIP Code        Contact phone

I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:

*(Check all that apply.)*

| | | |
|---|---|---|
| ☑ Voluntary Petition (Form 101) | ☑ Schedule I (Form 106I) | ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B) |
| ☑ Statement About Your Social Security Numbers (Form 121) | ☑ Schedule J (Form 106J) | ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) |
| ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum) | ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec) | |
| | ☑ Statement of Financial Affairs (Form 107) | ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2) |
| ☑ Schedule A/B (Form 106A/B) | ☑ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108) | |
| ☑ Schedule C (Form 106C) | ☑ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) | ☑ Application to Pay Filing Fee in Installments (Form 103A) |
| ☑ Schedule D (Form 106D) | | ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B) |
| ☑ Schedule E/F (Form 106E/F) | ☑ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp) | |
| ☑ Schedule G (Form 106G) | | ☑ A list of names and addresses of all creditors *(creditor or mailing matrix)* |
| ☑ Schedule H (Form 106H) | ☑ Chapter 7 Means Test Calculation (Form 122A-2) | ☐ Other _____ |

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

X _____    3 3 5 - 9 8  9 8 - 0 5    Date 7/21/2017
Signature of bankruptcy petition preparer or officer, principal,    Social Security number of person who signed    MM / DD / YYYY
responsible person, or partner

**Daiva Indriuliene**
Printed name

X _____    ___ ___ ___ - ___ ___ - ___ ___ ___ ___    Date _____
Signature of bankruptcy petition preparer or officer, principal,    Social Security number of person who signed    MM / DD / YYYY
responsible person, or partner

_____
Printed name

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Jeannie</u> | <u>J</u> | <u>Roy</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>NORTHERN DISTRICT OF ILLINOIS</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**9880 CUMMINGS**
Street address, if available, or other description

**HUNTLEY       IL      60142**
City              State    ZIP Code

~~KANE~~  McHenry
County

3 bedroom, 2 1/2 bath single family
home

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $199,675.00 | $199,675.00 |

Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.

**PRIMARY RESIDENCE**

☐ Check if this is community property
(see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1. Write that number here................................. → | $199,675.00 |

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

3.1.

| | | | |
|---|---|---|---|
| Make: | GMC | | |
| Model: | ENVOY | | |
| Year: | 2005 | | |
| Approximate mileage: | 129,400 | | |

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,525.00 | $1,525.00 |

Other information:

**2005 GMC ENVOY (approx. 129400 miles)**

☐ Check if this is community property (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................ →

   | $1,525.00 |
   |---|

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **GENERAL AND ORDINARY HOUSEHOLD GOODS AND FURNISHINGS**    $750.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **TV, LAPTOP, MOBILE PHONE**    $275.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **NECESSARY WEARING APPAREL**    $350.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... **COSTUME JEWELRY**    $90.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................ →   | $1,465.00 |

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes........................................................................................................... Cash: ........................      $60.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes........................                    Institution name:

        17.1.    Checking account.    **Checking account WITH HEARTLAND BANK**                       $100.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes............................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes. Give specific information about them.........................    Name of entity:                     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them.........................    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☑ No
    ☐ Yes. List each account separately.    Type of account:    Institution name:

22. Security deposits and prepayments
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☒ No
    ☐ Yes............................. Institution name or individual:

23. Annuities  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............................. Issuer name and description:

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............................. Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit
    ☒ No
    ☐ Yes.  Give specific
    information about them                                                                                    _____

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.  Give specific
    information about them                                                                                    _____

27. Licenses, franchises, and other general intangibles
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.  Give specific
    information about them                                                                                    _____

**Money or property owed to you?**

                                                                                        Current value of the
                                                                                        portion you own?
                                                                                        Do not deduct secured
                                                                                        claims or exemptions.

28. Tax refunds owed to you
    ☒ No
    ☐ Yes.  Give specific information
    about them, including whether                                         Federal:_____    $0.00
    you already filed the returns
    and the tax years.....................                                State:_____       $0.00

                                                                          Local:_____       $0.00

29. Family support
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes.  Give specific information                                     Alimony:_____      $0.00

                                                                          Maintenance:_____  $0.00

                                                                          Support:_____      $0.00

                                                                          Divorce settlement:_____  $0.00

                                                                          Property settlement:_____ $0.00

30. Other amounts someone owes you
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
              compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes.  Give specific information                                                                 _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
    company of each policy
    and list its value.............    Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                    _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                                    _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.............................................................. ➔    | $160.00 |

---

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                                    _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
        desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                                                    _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..                                                                    _____

**41. Inventory**

☑ No
☐ Yes. Describe..                                                                    _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                        % of ownership:

Debtor 1    _____    _____    _____
              First Name    Middle Name    Last Name    Case number (if known)

43. Customer lists, mailing lists, or other compilations

☑ No
☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
          ☐ No
          ☐ Yes.  Describe.....

44. Any business-related property you did not already list

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5. Write that number here................................................................... ➔    $0.00

## Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

47. Farm animals
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                              _____

48. Crops--either growing or harvested

☑ No
☐ Yes.  Give specific
          information...............                                                  _____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No
☐ Yes....                                                                              _____

50. Farm and fishing supplies, chemicals, and feed

☑ No
☐ Yes....                                                                              _____

51. Any farm- and commercial fishing-related property you did not already list

☑ No
☐ Yes.  Give specific
          information...............                                                  _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here................................................................... ➔    $0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................. ➔    $0.00

**Part 8:** List the Totals of Each Part of this Form

55.  Part 1: Total real estate, line 2.......................................................................................➔  $199,675.00

56.  Part 2: Total vehicles, line 5                                    $1,525.00

57.  Part 3: Total personal and household items, line 15           $1,465.00

58.  Part 4: Total financial assets, line 36                           $160.00

59.  Part 5: Total business-related property, line 45                  $0.00

60.  Part 6: Total farm- and fishing-related property, line 52         $0.00

61.  Part 7: Total other property not listed, line 54          +        $0.00

62.  Total personal property.  Add lines 56 through 61.................  $3,150.00   Copy personal   ➔  +   $3,150.00
                                                                                    property total

63.  Total of all property on Schedule A/B.  Add line 55 + line 62.....................................................  $202,825.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeannie | J | Roy |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.   Which set of exemptions are you claiming?   *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.   For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**9880 CUMMINGS**<br>3 bedroom, 2 1/2 bath single family home<br>Line from *Schedule A/B*:    1.1 | $199,675.00 | ☑ $5,685.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**2005 GMC ENVOY (approx. 129400 miles)**<br>Line from *Schedule A/B*:    3.1 | $1,525.00 | ☑ $1,525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3.   Are you claiming a homestead exemption of more than $160,375?

(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

Debtor 1  Jeannie  J  Fox

First Name  Middle Name  Last Name

Case number (if known) _____

## Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description **GENERAL AND ORDINARY HOUSEHOLD GOODS AND FURNISHINGS** Line from *Schedule A/B*: 6 | $750.00 | ☑ $750.00 ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description **TV, LAPTOP, MOBILE PHONE** Line from *Schedule A/B*: 7 | $275.00 | ☑ $275.00 ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description **NECESSARY WEARING APPAREL** Line from *Schedule A/B*: 11 | $350.00 | ☑ $350.00 ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description **COSTUME JEWELRY** Line from *Schedule A/B*: 12 | $90.00 | ☑ $90.00 ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description **USD** Line from *Schedule A/B*: 16 | $60.00 | ☑ $60.00 ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description **Checking account WITH HEARTLAND BANK** Line from *Schedule A/B*: 17.1 | $100.00 | ☑ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  Jeannie J Roy

CASE NO

CHAPTER   7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 1. | Real property | $199,675.00 | $193,990.00 | $5,685.00 | $5,685.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $1,525.00 | $1,525.00 | $0.00 | $1,525.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $750.00 | $750.00 | $0.00 | $750.00 | $0.00 |
| 7. | Electronics | $275.00 | $275.00 | $0.00 | $275.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $350.00 | $350.00 | $0.00 | $350.00 | $0.00 |
| 12. | Jewelry | $90.00 | $90.00 | $0.00 | $90.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $60.00 | $60.00 | $0.00 | $60.00 | $0.00 |
| 17. | Deposits of money | $100.00 | $100.00 | $0.00 | $100.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  Jeannie J Roy

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|-------------------|--------------|---------------------|-------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | $202,825.00 | $197,140.00 | $5,685.00 | $8,835.00 | $0.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  Jeannie J Roy

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $202,825.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $202,825.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $197,140.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $197,140.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $5,685.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $5,685.00 |
| J. Total Exemptions Claimed | $8,835.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeannie<br>First Name | J<br>Middle Name | Roy<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured
claim, list the creditor separately for each claim. If more than one
creditor has a particular claim, list the other creditors in Part 2. As
much as possible, list the claims in alphabetical order according to the
creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

LOANCARE
Creditor's name

INTERSTATE CORPORATE CENTER
Number   Street

_____

NORFOLK          VA   23502
City            State  ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Date debt was incurred   08/2016

Describe the property that
secures the claim:
9880 CUMMIINGS,
HUNTLEY, IL 60142

$193,990.00          $199,675.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    5   9   1   2

Add the dollar value of your entries in Column A on this page. Write
that number here:

$193,990.00

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:

$193,990.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeannie | J | Roy |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims against you?

   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Debtor 1   Jeannie        J                                                          Number (if known)
           First Name     Middle Name        Last Name

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with you other schedules.
☑ Yes

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what
    type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in
    Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

| 4.1 | | $6,500.00 |
|---|---|---|

**BANK OF AMERICA**
Nonpriority Creditor's Name
PO BOX 982236
Number      Street

Last 4 digits of account number    7   9   2   5
When was the debt incurred?    12/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

EL PASO            TX     79998
City               State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

| 4.2 | | $2,000.00 |
|---|---|---|

**BARCLAYS BANK**
Nonpriority Creditor's Name
1007 ORANGE ST., SUITE 1541
Number      Street

Last 4 digits of account number    9   3   9   3
When was the debt incurred?    09/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

WILMINGTON         DE     19801
City               State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**BEST BUY**
Nonpriority Creditor's Name
P.O. BOX 790041
Number    Street

ST. LOIS        MO    63179
City            State  ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   1  8  1  5
When was the debt incurred?   05/2016

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$1,200.00

### 4.4

**BOA VISA**
Nonpriority Creditor's Name
P.O. BOX 851001
Number    Street

DALLAS          TX    75285
City            State  ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   7  9  2  5
When was the debt incurred?   10/2010

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$6,042.78

### 4.5

**CAPITAL ONE**
Nonpriority Creditor's Name
P.O. BOX 85015
Number    Street

RICHMOND        VA    23285
City            State  ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   5  8  6  1
When was the debt incurred?   04/2013

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$10,514.00

**Part 2:** Your **NONPRIORITY** Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.6 | |
|---|---|

**CAPITAL ONE**                                      Last 4 digits of account number  5  3  3  2                    $6,750.00
Nonpriority Creditor's Name
**P.O. BOX 85015**                                   When was the debt incurred?  05/2013
Number      Street

                                                     As of the date you file, the claim is: Check all that apply.
_____                  ☐ Contingent
                                                     ☐ Unliquidated
**RICHMOND**          **VA**    **23285**             ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.               Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                      ☐ Student loans
☐ Debtor 2 only                                      ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                             that you did not report as priority claims
☐ At least one of the debtors and another            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                     ☑ Other. Specify
☐ Check if this claim is for a community debt            **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.7 | |
|---|---|

**CAPITAL ONE RETAIL SERVICS/MENARDS**             Last 4 digits of account number  8  6  4  2                    $4,300.00
Nonpriority Creditor's Name
**PO BOX 71106**                                    When was the debt incurred?  04/2014
Number      Street

                                                    As of the date you file, the claim is: Check all that apply.
_____                 ☐ Contingent
                                                    ☐ Unliquidated
**CHARLOTTE**         **NC**    **28272-1106**       ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.              Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ☑ Other. Specify
☐ Check if this claim is for a community debt           **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.8 | |
|---|---|

**CAPITAL ONE/CARSN**                               Last 4 digits of account number  3  9  8  1                    $310.00
Nonpriority Creditor's Name
**PO BOX 5253**                                      When was the debt incurred?  03/2012
Number      Street

                                                    As of the date you file, the claim is: Check all that apply.
_____                 ☐ Contingent
                                                    ☐ Unliquidated
**CAROL STREAM**      **IL**    **60197-6492**       ☐ Disputed
City                  State    ZIP Code
**Who incurred the debt?**  Check one.              Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ☑ Other. Specify
☐ Check if this claim is for a community debt           **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

### 4.9

**$500.00**

**CAPITAL ONE/JUSTC**
Nonpriority Creditor's Name
**P.O. BOX 30253**
Number        Street

_____

**SALT LAKE CITY        UT        84130**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **6    2    8    7**

When was the debt incurred?    **11/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Credit Card**

### 4.10

**$300.00**

**CAPITAL ONE/KOHLS**
Nonpriority Creditor's Name
**P.O. BOX 3115**
Number        Street

_____

**MILWAUKEE        WI        53201**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4    4    0    7**

When was the debt incurred?    **10/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Credit Card**

### 4.11

**$5,000.00**

**CARE CREDIT**
Nonpriority Creditor's Name
**P.O. BOX 960061**
Number        Street

_____

**ORLANDO        FL        32896**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7    1    5    2**

When was the debt incurred?    **10/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Credit Card**

**Part 2:**  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.12 |

$1,470.00

**CB/EXPRESS**
Nonpriority Creditor's Name
PO BOX 3300066
Number       Street

_____

NORTHGLENN          CO    80233
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4   3   7   6
When was the debt incurred?    02/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   Credit Card

| 4.13 |

$1,150.00

**CB/MEIJER**
Nonpriority Creditor's Name
PO BOX 3300066
Number       Street

_____

NORTHGLENN          CO    80233
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7   6   4   4
When was the debt incurred?    01/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   Credit Card

| 4.14 |

$800.00

**CB/VICSCRT**
Nonpriority Creditor's Name
P.O. BOX 182128
Number       Street

_____

COLUMBUS          OH    43218
City              State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3   7   3   7
When was the debt incurred?    09/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   Credit Card

Debtor 1    Jeannie        J            Bay
           First Name    Middle Name    Last Name                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.15**                                                                         $2,000.00

**CBNA**
Nonpriority Creditor's Name
**500 W. MADISON ST.**
Number    Street

_____

**CHICAGO**            **IL**    **60661**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   8   1   5
**When was the debt incurred?**    06/2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

---

**4.16**                                                                         $2,960.00

**Discover Financial Services LLC**
Nonpriority Creditor's Name
**PO Box 15316**
Number    Street

_____

**Wilmington**            **DE**    **19850**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    5   1   1   9
**When was the debt incurred?**    12/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

---

**4.17**                                                                         $4,770.00

**FNB MARENGO**
Nonpriority Creditor's Name
**102 N STATE ST**
Number    Street

_____

**MARENGO**            **IL**    **60152**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    0   4   2   3
**When was the debt incurred?**    09/2006

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Debtor 1    Jeannie          J                                    Ray                    Case number (if known) _____
        First Name        Middle Name        Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18

**HOBBY LOBBY**
Nonpriority Creditor's Name
P. O. BOX 790408
Number    Street

$2,000.00

Last 4 digits of account number    1 _ _ 9 _ _ 1 _ _ 2

When was the debt incurred?    11/2011

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

ST. LOUIS          MO    63179
City              State    ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

### 4.19

**SAM'S CLUB**
Nonpriority Creditor's Name
P.O. BOX 960013
Number    Street

$2,950.00

Last 4 digits of account number    4  8  5  2

When was the debt incurred?    05/2013

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

ORLANDO          FL    32896
City              State    ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

### 4.20

**SYCHRONY BANK/TJX**
Nonpriority Creditor's Name
4125 WINDWARD PLAZA
Number    Street

$1,200.00

Last 4 digits of account number    3  8  4  8

When was the debt incurred?    12/2013

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

ALPHARETTA          GA    30005
City              State    ZIP Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

**Part 2:**    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.21**

**SYNCHRONY BANK**
Nonpriority Creditor's Name

**P.O. BOX 981400**
Number    Street

**EL PASO**     **TX**    **79998**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   4   3   7

**When was the debt incurred?**   04/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$1,900.00**

---

**4.22**

**SYNCHRONY BANK**
Nonpriority Creditor's Name

**P.O. BOX 981439**
Number    Street

**EL PASO**     **TX**    **79998**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   0   4   6

**When was the debt incurred?**   01/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$1,600.00**

---

**4.23**

**SYNCHRONY BANK**
Nonpriority Creditor's Name

**P.O. BOX 981439**
Number    Street

**EL PASO**     **TX**    **79998**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   7   1   5   2

**When was the debt incurred?**   10/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**$5,000.00**

---

Debtor 1    Jeannie    J    Fox
First Name    Middle Name    Last Name

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.24

**SYNCHRONY BANK**
Nonpriority Creditor's Name
P.O. BOX 981439
Number        Street

_____

_____

EL PASO        TX    79998
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    9 2 0 2

When was the debt incurred?    08/2016

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$3,000.00

*2103*

### 4.25

**SYNCHRONY BANK/AMAZONE**
Nonpriority Creditor's Name
P.O. BOX 981432
Number        Street

_____

_____

EL PASO        TX    79998
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    3 9 5 0

When was the debt incurred?    04/2014

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$2,000.00

### 4.26

**SYNCHRONY BANK/JCP**
Nonpriority Creditor's Name
P.O. BOX 981439
Number        Street

_____

_____

EL PASO        TX    79998
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    2 1 3 8

When was the debt incurred?    09/2014

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

$500.00

Debtor 1   Jeannie       J       Rey
         First Name    Middle Name   Last Name

Case 17-81812   Doc 1   Filed 08/02/17   Entered 08/02/17 12:30:07   Desc Main
                        Document     Page 34 of 69
                                    Case number (if known) _____

**Part 2:**   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

| | |
|---|---|
| **4.27** | $2,900.00 |

SYNCHRONY BANK/LOWE
Nonpriority Creditor's Name
P.O. BOX 981400
Number       Street

EL PASO          TX     79998
City             State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   4   6   7   2
When was the debt incurred?   04/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   Credit Card

| | |
|---|---|
| **4.28** | $5,000.00 |

SYNCHRONY BANK/SAMS
Nonpriority Creditor's Name
P.O. BOX 981439
Number       Street

EL PASO          TX     79998
City             State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   1   1   2   3
When was the debt incurred?   09/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   Credit Card

| | |
|---|---|
| **4.29** | $2,000.00 |

US BANK
Nonpriority Creditor's Name

Number       Street

ST LOUIS         MO     63116
City             State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   7   2   1   8
When was the debt incurred?   02/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   Credit Card

Jeannie        J                                        Ray

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| 4.30 |

$1,900.00

WALMART
Nonpriority Creditor's Name

P.O. BOX 530927
Number        Street

_____

_____

ATLANTA            GA    30353-0927
City                State   ZIP Code

Who incurred the debt?   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   1   8   1   7

When was the debt incurred?   10/2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Credit Card**

---

| 4.31 |

$1,600.00

WALMART
Nonpriority Creditor's Name

P.O. BOX 960024
Number        Street

_____

_____

ATLANTA            GA    32896-0024
City                State   ZIP Code

Who incurred the debt?   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   3   7   5   1

When was the debt incurred?   15/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Credit Card**

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
     28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  | | | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a.  Domestic support obligations | 6a. | $0.00 |
|  | 6b.  Taxes and certain other debts you owe the government | 6b. | $0.00 |
|  | 6c.  Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
|  | 6d.  Other.  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
|  | 6e.  Total.   Add lines 6a through 6d. | 6d. | $0.00 |

|  | | | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f.  Student loans | 6f. | $0.00 |
|  | 6g.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
|  | 6h.  Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
|  | 6i.  Other.  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $90,116.78 |
|  | 6j.  Total.   Add lines 6f through 6i. | 6j. | $90,116.78 |

Fill in this information to identify your case:

Debtor 1      <u>Jeannie</u>              <u>J</u>                     <u>Roy</u>
              First Name           Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the: <u>NORTHERN DISTRICT OF ILLINOIS</u>

Case number
(if known)      _____

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.   Do you have any executory contracts or unexpired leases?
     ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.   List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
     is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of
     executory contracts and unexpired leases.

        Person or company with whom you have the contract or lease          State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeannie | J | Roy |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors?   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory?  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jeannie | J | Roy |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. Fill in your employment information.

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | CLOSING OFFICER | |
| Employer's name | | BAIRD & WARNER, INC | |
| Employer's address | | 120 S LA SALLE ST | |
| | | Number  Street | Number  Street |
| | | CHICAGO          IL    60603 | |
| | | City          State  Zip Code | City          State  Zip Code |
| How long employed there? | | 2 YEARS | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,513.90 | |
| 3. Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $4,513.90 | |

Debtor 1 Jeannie      J                         Case number (if known) _____
          First Name      Middle Name      Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ......................................➜ | 4. | $4,513.90 | _____ |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $939.19 | _____ |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | _____ |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | _____ |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | _____ |
| | 5e. Insurance | 5e. | $0.00 | _____ |
| | 5f. Domestic support obligations | 5f. | $0.00 | _____ |
| | 5g. Union dues | 5g. | $0.00 | _____ |
| | 5h. Other deductions. <br> Specify: GOOWILL | 5h.+ | $4.33 | _____ |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $943.52 | _____ |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $3,570.38 | _____ |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | _____ |
| |     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | _____ |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $1,150.00 | _____ |
| |     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $0.00 | _____ |
| | 8e. Social Security | 8e. | $0.00 | _____ |
| | 8f. Other government assistance that you regularly receive | | | |
| |     Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $0.00 | _____ |
| | 8g. Pension or retirement income | 8g. | $0.00 | _____ |
| | 8h. Other monthly income. <br> Specify: | 8h.+ | $0.00 | _____ |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,150.00 | _____ |
| 10. | Calculate monthly income. Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,720.38 + | _____ = $4,720.38 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.     12. $4,720.38

                                                                             Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: None.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jeannie<br>First Name | J<br>Middle Name | Roy<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number<br>(if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?     ☐ No

   Do not list Debtor 1 and Debtor 2.     ☑ Yes. Fill out this information for each dependent...................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 4 | ☐ No<br>☑ Yes |
| SON | 4 | ☐ No<br>☑ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?     ☑ No     ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence.<br>Include first mortgage payments and any rent for the ground or lot. | 4. | $1,577.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $80.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $217.00 |

Debtor 1    Jeannie         J                                                    Case number (if known) _____
            First Name      Middle Name      Last Name

|  | | **Your expenses** |
|---|---|---:|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $193.00 |
| 6b. Water, sewer, garbage collection | 6b. | $75.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $250.00 |
| 6d. Other. Specify: _____ | 6d. | |
| 7. Food and housekeeping supplies | 7. | $850.00 |
| 8. Childcare and children's education costs | 8. | $1,020.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $200.00 |
| 10. Personal care products and services | 10. | $75.00 |
| 11. Medical and dental expenses | 11. | |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $275.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $60.00 |
| 14. Charitable contributions and religious donations | 14. | |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | |
| 15b. Health insurance | 15b. | $450.00 |
| 15c. Vehicle insurance | 15c. | $102.00 |
| 15d. Other insurance. Specify: _____ | 15d. | |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | |
| 17b. Car payments for Vehicle 2 | 17b. | |
| 17c. Other. Specify: _____ | 17c. | |
| 17d. Other. Specify: _____ | 17d. | |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | |
| 19. Other payments you make to support others who do not live with you. Specify: _____ | 19. | |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. | |
| 20b. Real estate taxes | 20b. | |
| 20c. Property, homeowner's, or renter's insurance | 20c. | |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. Homeowner's association or condominium dues | 20e. | |
| 21. Other. Specify: _____ | 21. + | |

Debtor 1  Jeannie _____ J _____ Ron_____  Case number (if known) _____
          First Name        Middle Name        Last Name

22. **Calculate your monthly expenses.**

   22a.  Add lines 4 through 21.                                              22a. | _____ **$5,424.00**

   22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. | _____

   22c.  Add line 22a and 22b. The result is your monthly expenses.           22c. | _____ **$5,424.00**

23. **Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.         23a. | _____ **$4,720.38**

   23b.  Copy your monthly expenses from line 22c above.                      23b. – _____ **$5,424.00**

   23c.  Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                              23c. | _____ **($703.62)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes. | Explain here:
           **None.**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Jeannie** | **J** | **Roy** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | First Name | Middle Name | Last Name |
| (Spouse, if filing) | | | |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  |  | Your assets |
|---|---|---|
|  |  | Value of what you own |
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | **$199,675.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | **$3,150.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | **$202,825.00** |

### Part 2:     Summarize Your Liabilities

|  |  | Your liabilities |
|---|---|---|
|  |  | Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$193,990.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + | **$90,116.78** |
| | Your total liabilities | **$284,106.78** |

### Part 3:     Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of Schedule I....................................................................... | **$4,720.38** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of Schedule J.............................................................................. | **$5,424.00** |

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ☑   Yes

7.   **What kind of debt do you have?**

     ☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

     ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

     **$5,554.33**

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

     **Total claim**

     From Part 4 on *Schedule E/F,* copy the following:

     9a. Domestic support obligations. (Copy line 6a.)      **$0.00**

     9b. Taxes and certain other debts you owe the government. (Copy line 6b.)      **$0.00**

     9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)      **$0.00**

     9d. Student loans. (Copy line 6f.)      **$0.00**

     9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)      **$0.00**

     9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +    **$0.00**

     9g. **Total.** Add lines 9a through 9f.      **$0.00**

**Fill in this information to identify your case:**

| Debtor 1 | Jeannie | J | Roy |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes. Name of person  **Daiva Indriuliene** _____  Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are
true and correct.

X _____          X _____
Jeannie J Roy, Debtor 1                                     Signature of Debtor 2

Date  7/21/17                                                       Date _____
     MM / DD / YYYY                                                     MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Jeannie | J | Roy |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $24,833.40 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the last calendar year:<br><br>(January 1 to December 31, 2016 )<br>　　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips | $55,269.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |
| For the calendar year before that:<br><br>(January 1 to December 31, 2015 )<br>　　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips | $39,660.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest, dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Describe below. | Gross income from each source (before deductions and exclusions | Sources of income Describe below. | Gross income from each source (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | Child support | $6,900.00 | | |
| | | | | |
| | | | | |
| For the last calendar year: (January 1 to December 31, 2016 ) YYYY | Child support | $13,800.00 | | |
| | | | | |
| | | | | |
| For the calendar year before that: (January 1 to December 31, 2015 ) YYYY | Child support | $13,800.00 | | |
| | | | | |
| | | | | |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are defined in 11 U.S.C. § 101(8) as* "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

      ☐ No. Go to line 7.

      ☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☐ No. Go to line 7.

      ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **LOANCARE**<br>Creditor's name | 07/01/2017<br>06/01/2017 | $1,576.75 | $193,990.00 | ☑ Mortgage<br>☐ Car |
| **INTERSTATE CORPORATE CENTER**<br>Number   Street | 05/01/2017 | | | ☐ Credit card<br>☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **NORFOLK**    VA   23502<br>City    State   ZIP Code | | | | ☐ Other |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No<br>
☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No<br>
☐ Yes. List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred USD | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Daiva Indriuliene** | | | |
| Person Who Was Paid | | | |
| **1110 Grove St, Suite 3E** | | 07/01/2017 | $50.00 |
| Number   Street | | | |
| **Evanston    IL    60201** | | | |
| City      State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

  ☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
  ☐  A member of a limited liability company (LLC) or limited liability partnership (LLP)
  ☐  A partner in a partnership
  ☐  An officer, director, or managing executive of a corporation
  ☐  An owner of at least 5% of the voting or equity securities of a corporation

  ☑  No.  None of the above applies.  Go to Part 12.
  ☐  Yes.  Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

  ☐  No
  ☐  Yes.  Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____        X _____
Jeannie J Roy, Debtor 1                      Signature of Debtor 2

Date    7/21/17                              Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

  ☑  No
  ☐  Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

  ☐  No
  ☑  Yes.  Name of person   **Daiva Indriuliene** _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Jeannie<br>First Name | J<br>Middle Name | Roy<br>Last Name |
|---|---|---|---|
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or

- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Hold Secured Claims

1.   For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **LOANCARE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Description of property securing debt:   9880 CUMMIINGS,<br>HUNTLEY, IL 60142 | | |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                    Will this lease be assumed?

None.

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____      X _____
Jeannie J Roy, Debtor 1                     Signature of Debtor 2

Date   **07/21/2017**             Date _____
      MM / DD / YYYY                   MM / DD / YYYY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   Jeannie J Roy

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _7/21/2017_____

Signature _____
             *Jeannie J Roy*

Date _____

Signature _____

BANK OF AMERICA
PO BOX 982236
EL PASO TX 79998


BARCLAYS BANK
1007 ORANGE ST., SUITE 1541
WILMINGTON, DE 19801


BEST BUY
P.O. BOX 790041
ST. LOIS, MO 63179


BOA VISA
P.O. BOX 851001
DALLAS, TX 75285


CAPITAL ONE
P.O. BOX 85015
RICHMOND, VA 23285


CAPITAL ONE RETAIL SERVICS/MENARDS
PO BOX 71106
CHARLOTTE NC 28272-1106


CAPITAL ONE/CARSN
PO BOX 5253
CAROL STREAM IL 60197-6492


CAPITAL ONE/JUSTC
P.O. BOX 30253
SALT LAKE CITY, UT 84130


CAPITAL ONE/KOHLS
P.O. BOX 3115
MILWAUKEE, WI 53201

CARE CREDIT
P.O. BOX 960061
ORLANDO, FL 32896


CB/EXPRESS
PO BOX 3300066
NORTHGLENN, CO 80233


CB/MEIJER
PO BOX 3300066
NORTHGLENN, CO 80233


CB/VICSCRT
P.O. BOX 182128
COLUMBUS, OHIO 43218


CBNA
500 W. MADISON ST.
CHICAGO, IL 60661


Discover Financial Services LLC
PO Box 15316
Wilmington DE 19850


FNB MARENGO
102 N STATE ST
MARENGO, IL 60152


HOBBY LOBBY
P. O. BOX 790408
ST. LOUIS, MO 63179


LOANCARE
INTERSTATE CORPORATE CENTER
NORFOLK, VA 23502

SAM'S CLUB
P.O. BOX 960013
ORLANDO, FL 32896


SYCHRONY BANK/TJX
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005


SYNCHRONY BANK
P.O. BOX 981400
EL PASO, TX 79998


SYNCHRONY BANK
P.O. BOX 981439
EL PASO, TX 79998


SYNCHRONY BANK/AMAZONE
P.O. BOX 981432
EL PASO, TX 79998


SYNCHRONY BANK/JCP
P.O. BOX 981439
EL PASO, TX 79998


SYNCHRONY BANK/LOWE
P.O. BOX 981400
EL PASO, TX 79998


SYNCHRONY BANK/SAMS
P.O. BOX 981439
EL PASO, TX 79998


US BANK
ST LOUIS, MO 63116

```
WALMART
P.O. BOX 530927
ATLANTA, GA 30353-0927


WALMART
P.O. BOX 960024
ATLANTA, GA 32896-0024
```

BANK OF AMERICA
PO BOX 982236
EL PASO TX 79998

CB/EXPRESS
PO BOX 3300066
NORTHGLENN, CO 80233

SYNCHRONY BANK
P.O. BOX 981400
EL PASO, TX 79998

BARCLAYS BANK
1007 ORANGE ST., SUITE 1541
WILMINGTON, DE 19801

CB/MEIJER
PO BOX 3300066
NORTHGLENN, CO 80233

SYNCHRONY BANK
P.O. BOX 981439
EL PASO, TX 79998

BEST BUY
P.O. BOX 790041
ST. LOIS, MO 63179

CB/VICSCRT
P.O. BOX 182128
COLUMBUS, OHIO 43218

SYNCHRONY BANK/AMAZONE
P.O. BOX 981432
EL PASO, TX 79998

BOA VISA
P.O. BOX 851001
DALLAS, TX 75285

CBNA
500 W. MADISON ST.
CHICAGO, IL 60661

SYNCHRONY BANK/JCP
P.O. BOX 981439
EL PASO, TX 79998

CAPITAL ONE
P.O. BOX 85015
RICHMOND, VA 23285

Discover Financial Services LLC
PO Box 15316
Wilmington DE 19850

SYNCHRONY BANK/LOWE
P.O. BOX 981400
EL PASO, TX 79998

CAPITAL ONE RETAIL SERVICS/MENA
PO BOX 71106
CHARLOTTE NC 28272-1106

FNB MARENGO
102 N STATE ST
MARENGO, IL 60152

SYNCHRONY BANK/SAMS
P.O. BOX 981439
EL PASO, TX 79998

CAPITAL ONE/CARSN
PO BOX 5253
CAROL STREAM IL 60197-6492

HOBBY LOBBY
P. O. BOX 790408
ST. LOUIS, MO 63179

US BANK
ST LOUIS, MO 63116

CAPITAL ONE/JUSTC
P.O. BOX 30253
SALT LAKE CITY, UT 84130

LOANCARE
INTERSTATE CORPORATE CENTER
NORFOLK, VA 23502

WALMART
P.O. BOX 530927
ATLANTA, GA 30353-0927

CAPITAL ONE/KOHLS
P.O. BOX 3115
MILWAUKEE, WI 53201

SAM'S CLUB
P.O. BOX 960013
ORLANDO, FL 32896

WALMART
P.O. BOX 960024
ATLANTA, GA 32896-0024

CARE CREDIT
P.O. BOX 960061
ORLANDO, FL 32896

SYCHRONY BANK/TJX
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

BANK OF AMERICA
PO BOX 982236
EL PASO TX 79998

CB/EXPRESS
PO BOX 3300066
NORTHGLENN, CO 80233

SYNCHRONY BANK
P.O. BOX 981400
EL PASO, TX 79998

BARCLAYS BANK
1007 ORANGE ST., SUITE 1541
WILMINGTON, DE 19801

CB/MEIJER
PO BOX 3300066
NORTHGLENN, CO 80233

SYNCHRONY BANK
P.O. BOX 981439
EL PASO, TX 79998

BEST BUY
P.O. BOX 790041
ST. LOIS, MO 63179

CB/VICSCRT
P.O. BOX 182128
COLUMBUS, OHIO 43218

SYNCHRONY BANK/AMAZONE
P.O. BOX 981432
EL PASO, TX 79998

BOA VISA
P.O. BOX 851001
DALLAS, TX 75285

CBNA
500 W. MADISON ST.
CHICAGO, IL 60661

SYNCHRONY BANK/JCP
P.O. BOX 981439
EL PASO, TX 79998

CAPITAL ONE
P.O. BOX 85015
RICHMOND, VA 23285

Discover Financial Services
LLC
PO Box 15316
Wilmington DE 19850

SYNCHRONY BANK/LOWE
P.O. BOX 981400
EL PASO, TX 79998

CAPITAL ONE RETAIL
SERVICS/MENARDS
PO BOX 71106
CHARLOTTE NC 28272-1106

FNB MARENGO
102 N STATE ST
MARENGO, IL 60152

SYNCHRONY BANK/SAMS
P.O. BOX 981439
EL PASO, TX 79998

CAPITAL ONE/CARSN
PO BOX 5253
CAROL STREAM IL 60197-6492

HOBBY LOBBY
P. O. BOX 790408
ST. LOUIS, MO 63179

US BANK
ST LOUIS, MO 63116

CAPITAL ONE/JUSTC
P.O. BOX 30253
SALT LAKE CITY, UT 84130

LOANCARE
INTERSTATE CORPORATE CENTER
NORFOLK, VA 23502

WALMART
P.O. BOX 530927
ATLANTA, GA 30353-0927

CAPITAL ONE/KOHLS
P.O. BOX 3115
MILWAUKEE, WI 53201

SAM'S CLUB
P.O. BOX 960013
ORLANDO, FL 32896

WALMART
P.O. BOX 960024
ATLANTA, GA 32896-0024

CARE CREDIT
P.O. BOX 960061
ORLANDO, FL 32896

SYCHRONY BANK/TJX
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                          Case No.:

Jeannie J Roy _____        SSN:  __xxx-xx-4586__

_____          SSN:  _____

Debtor(s)                                ## Numbered Listing of Creditors

Address:

**9880 COMMINGS ST.,**                   Chapter:    7
**HUNTLEY, IL 60140**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  BANK OF AMERICA<br>PO BOX 982236<br>EL PASO TX 79998<br>4264-5102-5112-7925 | Unsecured Claim | $6,500.00 |
| 2.  BARCLAYS BANK<br>1007 ORANGE ST., SUITE 1541<br>WILMINGTON, DE 19801<br>22299393 | Unsecured Claim | $2,000.00 |
| 3.  BEST BUY<br>P.O. BOX 790041<br>ST. LOIS, MO 63179<br>****-****-****-1815 | Unsecured Claim | $1,200.00 |
| 4.  BOA VISA<br>P.O. BOX 851001<br>DALLAS, TX 75285<br>4264-5102-5112-7925 | Unsecured Claim | $6,042.78 |
| 5.  CAPITAL ONE<br>P.O. BOX 85015<br>RICHMOND, VA 23285<br>517805995861 | Unsecured Claim | $10,514.00 |
| 6.  CAPITAL ONE<br>P.O. BOX 85015<br>RICHMOND, VA 23285<br>517805835332 | Unsecured Claim | $6,750.00 |

in re:  **Jeannie J Roy**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| | Debtor | Case No. (if known) |
| 7.  CAPITAL ONE RETAIL SERVICS/MENARDS<br>PO BOX 71106<br>CHARLOTTE NC 28272-1106<br>226691-0985298642 | Unsecured Claim | $4,300.00 |
| 8.  CAPITAL ONE/CARSN<br>PO BOX 5253<br>CAROL STREAM IL 60197-6492<br>211210093981 | Unsecured Claim | $310.00 |
| 9.  CAPITAL ONE/JUSTC<br>P.O. BOX 30253<br>SALT LAKE CITY, UT 84130<br>8556010000506287 | Unsecured Claim | $500.00 |
| 10.  CAPITAL ONE/KOHLS<br>P.O. BOX 3115<br>MILWAUKEE, WI 53201<br>6393050846174407 | Unsecured Claim | $300.00 |
| 11.  CARE CREDIT<br>P.O. BOX 960061<br>ORLANDO, FL 32896<br>6019-1834-3126-7152 | Unsecured Claim | $5,000.00 |
| 12.  CB/EXPRESS<br>PO BOX 3300066<br>NORTHGLENN, CO 80233<br>149952338144376 | Unsecured Claim | $1,470.00 |
| 13.  CB/MEIJER<br>PO BOX 3300066<br>NORTHGLENN, CO 80233<br>7788302021217644 | Unsecured Claim | $1,150.00 |
| 14.  CB/VICSCRT<br>P.O. BOX 182128<br>COLUMBUS, OHIO 43218<br>5150365103343737 | Unsecured Claim | $800.00 |
| 15.  CBNA<br>500 W. MADISON ST.<br>CHICAGO, IL 60661<br>6035350236951815 | Unsecured Claim | $2,000.00 |

in re:   Jeannie J Roy

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16.  Discover Financial Services LLC<br>PO Box 15316<br>Wilmington DE 19850<br>601100955119 | Unsecured Claim | $2,960.00 |
| 17.  FNB MARENGO<br>102 N STATE ST<br>MARENGO, IL 60152<br>74000423 | Unsecured Claim | $4,770.00 |
| 18.  HOBBY LOBBY<br>P. O. BOX 790408<br>ST. LOUIS, MO 63179<br>4692-2785-7218-1912 | Unsecured Claim | $2,000.00 |
| 19.  LOANCARE<br>INTERSTATE CORPORATE CENTER<br>NORFOLK, VA 23502<br>6230024085912 | Secured Claim | $193,990.00 |
| 20.  SAM'S CLUB<br>P.O. BOX 960013<br>ORLANDO, FL 32896<br>5213-3312-1123-4852 | Unsecured Claim | $2,950.00 |
| 21.  SYCHRONY BANK/TJX<br>4125 WINDWARD PLAZA<br>ALPHARETTA, GA 30005<br>6045851010813848 | Unsecured Claim | $1,200.00 |
| 22.  SYNCHRONY BANK<br>P.O. BOX 981400<br>EL PASO, TX 79998<br>603220146437 | Unsecured Claim | $1,900.00 |
| 23.  SYNCHRONY BANK<br>P.O. BOX 981439<br>EL PASO, TX 79998<br>523914150046 | Unsecured Claim | $1,600.00 |
| 24.  SYNCHRONY BANK<br>P.O. BOX 981439<br>EL PASO, TX 79998<br>6019183431267152 | Unsecured Claim | $5,000.00 |

in re:   **Jeannie J Roy**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. SYNCHRONY BANK<br>P.O. BOX 981439<br>EL PASO, TX 79998<br>60346109202 | Unsecured Claim | $3,000.00 |
| 26. SYNCHRONY BANK/AMAZONE<br>P.O. BOX 981432<br>EL PASO, TX 79998<br>6045781014653950 | Unsecured Claim | $2,000.00 |
| 27. SYNCHRONY BANK/JCP<br>P.O. BOX 981439<br>EL PASO, TX 79998<br>6008895912138 | Unsecured Claim | $500.00 |
| 28. SYNCHRONY BANK/LOWE<br>P.O. BOX 981400<br>EL PASO, TX 79998<br>798192414672 | Unsecured Claim | $2,900.00 |
| 29. SYNCHRONY BANK/SAMS<br>P.O. BOX 981439<br>EL PASO, TX 79998<br>521333121123 | Unsecured Claim | $5,000.00 |
| 30. US BANK<br>ST LOUIS, MO 63116<br>469227857218 | Unsecured Claim | $2,000.00 |
| 31. WALMART<br>P.O. BOX 530927<br>ATLANTA, GA 30353-0927<br>6032-2014-6437-1817 | Unsecured Claim | $1,900.00 |
| 32. WALMART<br>P.O. BOX 960024<br>ATLANTA, GA 32896-0024<br>5239-1415-0046-3751 | Unsecured Claim | $1,600.00 |

in re:   Jeannie J Roy

_____                    _____
                        Debtor                                              Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  Jeannie J Roy

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___5___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: _____          Date: 7/21/2017
        Jeannie J Roy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  Jeannie J Roy

CASE NO.

CHAPTER   7

## Certificate of Service

k

BANK OF AMERICA
4264-5102-5112-7925
PO BOX 982236
EL PASO TX 79998

CAPITAL ONE/CARSN
211210093981
PO BOX 5253
CAROL STREAM IL 60197-6492

CBNA
6035350236951815
500 W. MADISON ST.
CHICAGO, IL 60661

BARCLAYS BANK
22299393
1007 ORANGE ST., SUITE 1541
WILMINGTON, DE 19801

CAPITAL ONE/JUSTC
8556010000506287
P.O. BOX 30253
SALT LAKE CITY, UT 84130

Discover Financial Services LLC
601100955119
PO Box 15316
Wilmington DE 19850

BEST BUY
****-****-****-1815
P.O. BOX 790041
ST. LOIS, MO 63179

CAPITAL ONE/KOHLS
6393050846174407
P.O. BOX 3115
MILWAUKEE, WI 53201

FNB MARENGO
74000423
102 N STATE ST
MARENGO, IL 60152

BOA VISA
4264-5102-5112-7925
P.O. BOX 851001
DALLAS, TX 75285

CARE CREDIT
6019-1834-3126-7152
P.O. BOX 960061
ORLANDO, FL 32896

HOBBY LOBBY
4692-2785-7218-1912
P. O. BOX 790408
ST. LOUIS, MO 63179

CAPITAL ONE
517805995861
P.O. BOX 85015
RICHMOND, VA 23285

CB/EXPRESS
149952338144376
PO BOX 3300066
NORTHGLENN, CO 80233

LOANCARE
6230024085912
INTERSTATE CORPORATE CENTER
NORFOLK, VA 23502

CAPITAL ONE
517805835332
P.O. BOX 85015
RICHMOND, VA 23285

CB/MEIJER
7788302021217644
PO BOX 3300066
NORTHGLENN, CO 80233

SAM'S CLUB
5213-3312-1123-4852
P.O. BOX 960013
ORLANDO, FL 32896

CAPITAL ONE RETAIL
SERVICS/MENARDS
226691-0985298642
PO BOX 71106
CHARLOTTE NC 28272-1106

CB/VICSCRT
5150365103343737
P.O. BOX 182128
COLUMBUS, OHIO 43218

SYCHRONY BANK/TJX
604585101081 3848
4125 WINDWARD PLAZA
ALPHARETTA, GA 30005

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  Jeannie J Roy

CASE NO.

CHAPTER   **7**

## Certificate of Service

(Continuation Sheet #1)

---

SYNCHRONY BANK
603220146437
P.O. BOX 981400
EL PASO, TX 79998

SYNCHRONY BANK/SAMS
521333121123
P.O. BOX 981439
EL PASO, TX 79998

SYNCHRONY BANK
523914150046
P.O. BOX 981439
EL PASO, TX 79998

US BANK
469227857218
ST LOUIS, MO 63116

SYNCHRONY BANK
6019183431267152
P.O. BOX 981439
EL PASO, TX 79998

WALMART
6032-2014-6437-1817
P.O. BOX 530927
ATLANTA, GA 30353-0927

SYNCHRONY BANK
60346109202
P.O. BOX 981439
EL PASO, TX 79998

WALMART
5239-1415-0046-3751
P.O. BOX 960024
ATLANTA, GA 32896-0024

SYNCHRONY BANK/AMAZONE
6045781014653950
P.O. BOX 981432
EL PASO, TX 79998

SYNCHRONY BANK/JCP
6008895912138
P.O. BOX 981439
EL PASO, TX 79998

SYNCHRONY BANK/LOWE
798192414672
P.O. BOX 981400
EL PASO, TX 79998